Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Brandon Joe Peterson**
**Brandi Lee Peterson**
SSN: XXX-XX-4972
SSN: XXX-XX-2617

Debtor(s)

Case No. 09-31746 JTM
Chapter 7

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.  On March 16, 2011, the Court approved the trustee's final report and proposed distribution.

2.  Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | Media One of Utah | 4770 S 5600 W<br>Kearns, UT 84118 | $2.67 |

3. These funds are on deposit in Bank of America, account number 4437910811.

4. A check in the amount of Two Dollars and Sixty-Seven Cents ($2.67), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** March 22, 2011

Woodbury & Kesler, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2011,, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Brandon Joe Peterson & Brandi Lee Peterson
>8333 Mix Avenue
>Magna, UT 84044-1814
>
>Lou G. Harris
>Law Offices of Lou Gehrig Harris, Inc.
>111 East 5600 South Suite 322
>Murray, UT 84107

*/s/ [signature]*

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-31746 - Peterson, Brandon Joe

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Media One of Utah**<br>**4770 So 5600 W**<br>**Kearns, UT 84118**<br>    acct # CR282143 | 000001 | 46.72 | 2.67 |
| ---------- Remittance Total --------------- | | 46.72 | 2.67 |

Elizabeth R. Loveridge, Trustee